U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>WRI INVESTMENTS III LLC,<br>a Washington limited liability company<br>   v.<br>JEFFREY PELOCK, an individual. | Case Number:<br>FILED: AUGUST 27, 2008<br>08CV4913<br>JUDGE CASTILLO<br>MAGISTRATE JUDGE VALDEZ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
TC
Plaintiff: WRI INVESTMENTS III LLC

| |
|---|
| NAME (Type or print)<br>Christopher B. Wilson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>   s/ Christopher B. Wilson |
| FIRM<br>   Perkins Coie LLP |
| STREET ADDRESS<br>   131 South Dearborn Street, Suite 1700 |
| CITY/STATE/ZIP<br>   Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06202139 | TELEPHONE NUMBER<br>312.324.8400 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |